**Larry A. BROWN, Respondent,**

v.

**TRANS WORLD AIRLINES, Appellant.**

**No. WD 48903.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1994.

Thomas Clinkenbeard, Kansas City, for appellant.

Jerry Kenter, John Boyd, Kansas City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from the final award of the Labor & Industrial Relations Commission in favor of respondent.

Affirmed.   Rule 84.16(b).